**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RONALD EUGENE TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:20-CV-308-DDN |
| DIRECTOR OFFICE OF INFORMATION POLICY, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal. (Doc. 16.) When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF Nos. 10, 11; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 16) is **DENIED**.

Dated this __**3rd**__ day of August, 2020.

_____
**DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE**